AO 442 (Rev. 5/93) Warrant for Arrest            AUSA F. William Soisson

Warr# 0939-121-0999-J

# United States District Court

| EASTERN | DISTRICT OF | MICHIGAN - SD |

UNITED STATES OF AMERICA

V.

*Tanisha Burton*

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case: 2:08-mj-30554
Judge: Unassigned,
Filed: 12-16-2008 At 11:24 AM
SEALED MATTER (SJ)

YOU ARE HEREBY COMMANDED to arrest    Tanisha Burton
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Criminal Complaint

charging him or her with Health Care Fraud

in violation of Title  18  United States Code, Section(s)  1347

FILED 2008 DEC 17 P 3 40

| R. STEVEN WHALEN | U.S. MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| **R. STEVEN WHALEN** | DECEMBER 16, 2008/DETROIT, MICHIGAN |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                                                                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED 12/16/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/17/08 | ZEOLA CAREY | |

AO 442 (Rev. 5/93) Warrant for Arrest